May 13, 1904.) Action by Julius F. Culver against John Culver and others. No opinion. Motion denied.

CULVER v. CULVER et al. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Julius F. Culver against John Culver and others. No opinion. Motion to place on calendar denied, with $10 costs.

CULVER v. CULVER et al. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Julius F. Culver against John Culver and others. No opinion. Motion denied, on payment of $10 costs.

CURTIS, Appellant, v. ALBEE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Wendell J. Curtis, as assignee, etc., against Henry C. Albee. No opinion. Judgment affirmed, with costs.

CURTIS et al., Respondents, v. O'MEARA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Henry B. Curtis and another against Patrick O'Meara. No opinion. Judgment affirmed, with costs.

DAVIS, Respondent, v. REFLEX CAMERA CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Edward P. Davis against the Reflex Camera Company. No opinion. Motion for stay of execution denied. See memorandum with papers.

DEGNON McLEAN CONST. CO. v. CITY TRUST, SAFE DEPOSIT & SURETY CO. OF PHILADELPHIA. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by the Degnon McLean Construction Company against the City Trust, Safe Deposit & Surety Company of Philadelphia. No opinion. Motion to dismiss appeal denied, with leave to apply to the court below to open default. See memorandum per curiam.

DENIKE, Appellant, v. CITY OF MT. VERNON, Respondent. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Charles W. Denike against the city of Mt. Vernon.

PER CURIAM. Order of the City Court of Mt. Vernon, setting aside judgment and opening default, affirmed, with $10 costs and disbursements. Appeal from order of resettlement dismissed, without costs.

DE NOYELLES et al., Respondents, v. McCABE, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Daniel De Noyelles, Martha R. Anness, John L. De Noyelles, and Martha R. Anness, as executrix, etc., against Felix McCabe. No opinion. Judgment affirmed, with costs.

DERBY, Respondent, v. FURNISS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Ann Derby against Robert Furniss. No opinion. Order affirmed, with $10 costs and disbursements.

DEVEREAUX, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Kate Devereaux against the Metropolitan Life Insurance Company. No opinion. Judgment affirmed, with costs.

DOLL, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Edwin N. Doll against Albert D. Proctor Smith and Carlton R. Mabley.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with costs, on the ground that it is not made to appear that the examination is material or necessary before the trial, rather than after the trial.

DONNELLY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Patrick Donnelly against the Metropolitan Street Railway Company. B. H. Ames, for appellant. H. M. Gescheidt, for respondent. No opinion. Judgment and order affirmed, with costs. See 86 N. Y. Supp. 790.

DOOLEY, Respondent, v. HEALEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by John J. Dooley against Harriet H. Healey and William Healey. No opinion. Reargument ordered for Monday, June 20, 1904.

DOUGHERTY et al. v. LION FIRE INS. CO. et al. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Rose E. Dougherty, as executrix of Daniel Dougherty, deceased, and others, against the Lion Fire Insurance Company and others. From a judgment for defendant (84 N. Y. Supp. 10), plaintiffs and certain defendants appeal. Affirmed.

PER CURIAM. Affirmed, with costs, on opinion of COCHRANE, J.

HOUGHTON, J. (dissenting). I cannot concur in the conclusion of the trial court upon the facts evidently assumed by him to have been established in this case. The complaint sets forth the facts with respect to the issuing of the policy, and it seems to me that the decision could have been placed upon much broader grounds than a mere mutual mistake. Not only by his opinion does the court say that he gives full credit to the testimony of Rose E. Dougherty, but by his findings he expressly finds that she told the son of the agent issuing the policy that her mother was dead. With this fact established in the case, it seems to me quite clear that the policy